**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**CITY OF ALBUQUERQUE**
    **Code enforcement Department**
    **Nicole A Sanchez Attorney for City of Albuquerque**
    **Defendant (s)**

                                    **No. 1:23-cv-318**

**Vs.**

**JARDINERO INVESTMETNS [SIC] LLC**
    **New Mexico corporation**
    **Plaintiff[1]**

<u>**NOTICE OF REMOVAL**</u>

Pursuant to 28 U.S.C. §§ 1441(b) and 1446(a), Defendants City of Albuquerque and Nicole A. Sanchez (hereinafter "Defendants"), hereby give Notice of Removal to this Court of the civil action originally filed on March 9, 2023, in the Second Judicial District Court for the State of New Mexico, County of Bernalillo, Case No. D-202-CV-2023-01746, and as grounds therefore state:

1.      A Complaint (hereinafter "Complaint") was filed in the Second Judicial District Court on March 9, 2023. A copy of the Complaint is attached as Exhibit A.

2.      Defendant City of Albuquerque was served with the Complaint on March 13, 2023

3.      On March 17, 2023, undersigned counsel for Defendant Nicole A. Sanchez accepted service of a Summons to Defendant Sanchez. A Complaint was not attached.

4.      Based on the service of the Complaint as to Defendant City of Albuquerque and acceptance of service of process as to Nicole A. Sanchez, Plaintiff's Complaint is timely removed under 28 U.S.C. § 1443(b).

---

[1] The case caption has been copied from Plaintiff's original pleading so that it is identical to how Plaintiff pled his case.

5.    This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), as it is being filed within thirty (30) days of the service of the Summons and Complaint upon Defendant City of Albuquerque and acceptance of service of process upon Defendant Nicole A. Sanchez.

6.    Defendants City of Albuquerque and Nicole A. Sanchez, by and through their counsel, Managing City Attorney Kristin J. Dalton, consent to the removal of this case from the Second Judicial District Court of New Mexico to the United States District Court for the District of New Mexico.  A Notice of Consent to Removal on behalf of Defendants City of Albuquerque and Nicole A. Sanchez will be filed in this action.

7.    Pursuant to 28 U.S.C. §1446(d), copies of the Notice of Removal will be promptly given to the adverse parties and a copy of the Notice of Removal will be filed with the Clerk of the Second Judicial District Court, County of Bernalillo, State of New Mexico.

8.    The Complaint alleges that Defendants deprived Plaintiff of his "constitutional right to due process" pursuant to "the 14th Amendment to the United State [sic] Constitution as well as the NM CIVIL RIGHTS ACT OF 2021" and Plaintiff seeks relief pursuant to "42 U.S.C. § 1983 and NM Civil Rights Act 2021," *inter alia*. *See* Complaint, p. 2.

9.    Claims stated against Defendants in this case are subject to the jurisdiction of this Court pursuant to 28 U.S.C. §§ 1331 and 1343(a) as follows:

    a. This Court has original jurisdiction because the Complaint is founded on a claim or right arising under the Constitution and the laws of the United States. *See* Complaint, p. 2.

    b. An actual controversy exists because the Complaint alleges that Defendants deprived Plaintiff of rights arising under the United States Constitution.  *Id.*

10.    This Court has federal question jurisdiction.  Plaintiff's allegations of violations of his constitutional rights are created, if at all, under federal law. A federal question appears on the face of the Complaint. There is an actual controversy between Plaintiff and Defendants.

11.    A copy of all process and pleadings that have been served upon Defendants is attached to the Notice of Filing of State Court Record which is being filed contemporaneously with this Notice of Removal.

Respectfully submitted,

**CITY OF ALBUQUERQUE**
Lauren Keefe, City Attorney

/s/ *Kristin J. Dalton*
Kristin J. Dalton
Managing City Attorney
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500 / F: (505) 768-4505

*Attorney for Defendants City of Albuquerque and Nicole A. Sanchez*

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system and mailed via the USPS to the following:

William Gardner
Jardinero Investments LLC
8200 Carmel Ave. NE, Suite 101
Albuquerque, NM 87122

*Plaintiff Pro Se*

on this 12th day of April, 2023.

/s/ *Kristin J. Dalton*
Kristin J. Dalton, Managing City Attorney

3