IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JARDINERO INVESTMETNS [SIC] LLC,
New Mexico corporation,

    Plaintiff,

v.                                      CIV 23-318 GBW/SCY

CITY OF ALBUQUERQUE
Code enforcement Department,
NICOLE A SANCHEZ, Attorney for City of
Albuquerque,

    Defendants.

## ORDER GRANTING MOTION TO AMEND CAPTION

    This matter comes before the Court on Plaintiff's Motion to Amend Caption to Individual filed April 28, 2013. Doc. 11. On April 13, the Court advised the pro se Plaintiff that non-natural persons such as corporations cannot proceed pro se in federal court. Doc. 5. In response, William Gardner moved to amend the caption to substitute himself as plaintiff in place of the company Jardinero Investments, LLC. Defendants do not oppose the motion. Doc. 16. Given the lack of opposition, the Court GRANTS the motion.

    IT IS THEREFORE ORDERED that the caption of the above-entitled cause be, and the same hereby is, amended to the following:

WILLIAM GARDNER,

    Plaintiff,

v.                                            CIV 23-318 GBW/SCY

CITY OF ALBUQUERQUE
Code Enforcement Department,
NICOLE A. SANCHEZ, Attorney for City of
Albuquerque,

    Defendants.

The Clerk of the Court is hereby directed to use the amended caption set forth above in all further proceedings in this matter.

IT IS SO ORDERED.

_____
HONORABLE STEVEN YARBROUGH
UNITED STATES MAGISTRATE JUDGE