IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM GARDNER,

    Plaintiff,

v.                                              Civ. No. 23-318 GBW/SCY

CITY OF ALBUQUERQUE and
NICOLE A. SANCHEZ,

    Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO VACATE AND RESET TRIAL SCHEDULING CONFERENCE

THIS MATTER is before the Court on Defendants' Unopposed Motion to Vacate and Reset Trial Scheduling Conference. *Doc. 41*. Defendants' request that the Court vacate and reset the Trial Scheduling Conference set for March 27, 2024, at 4:00 p.m. due to scheduling conflicts and a possible resolution of this matter. *Id*. at 1-2. Having reviewed the Motion, noting that Plaintiff does not oppose the relief sought, *id*. ¶ 2, and being otherwise fully informed, the Court finds that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Trial Scheduling Conference set for March 27, 2024, is hereby VACATED, to be reset at a later date.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**